IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Grant, Wilbert

Printed: 3/4/08

Case Number: 06 B 00730
Judge: Hollis, Pamela S
Filed: 1/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: February 28, 2008
Confirmed: March 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,951.19 |  |
| Secured: |  | 1,266.24 |
| Unsecured: |  | 4,046.48 |
| Priority: |  | 0.00 |
| Administrative: |  | 4,325.00 |
| Trustee Fee: |  | 538.28 |
| Other Funds: |  | 2,775.19 |
| Totals: | 12,951.19 | 12,951.19 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,200.00 | 1,200.00 |
| 2. | Robert J Semrad & Associates | Administrative | 3,125.00 | 3,125.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 7,009.55 | 266.24 |
| 5. | American General Finance | Secured | 1,000.00 | 1,000.00 |
| 6. | ECast Settlement Corp | Unsecured | 26.98 | 96.75 |
| 7. | American General Finance | Unsecured | 207.58 | 744.31 |
| 8. | Discover Financial Services | Unsecured | 402.58 | 1,443.56 |
| 9. | Bank Of America | Unsecured | 342.89 | 1,229.51 |
| 10. | Peoples Energy Corp | Unsecured | 129.55 | 464.52 |
| 11. | RoundUp Funding LLC | Unsecured | 18.92 | 67.83 |
| 12. | Action Card | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,463.05 | $ 9,637.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 34.98 |
| 5% | 21.20 |
| 4.8% | 81.41 |
| 5.4% | 400.69 |
|  | $ 538.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Grant, Wilbert

Printed:  3/4/08

Case Number:  06 B 00730
Judge:  Hollis, Pamela S
Filed:  1/27/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

